CASE: 1:98-cv-03520
DOCUMENT: 7
DATE: 12/21/98

CLERK:

Notices will be sent to:

Earl Leitess, Leitess, Leitess & Friedberg, P.C. 14104868438
Joel Sher, Shapiro and Olander

98-3520

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____FILED _____ENTERED
_____LODGED _____RECEIVED

DEC 2 1 1998

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MERRY-GO-ROUND ENTERPRISES, INC., ET AL. | * | |
| | * | |
| | * | |
| v. | * | Civil No. JFM-98-3616, et al. |
| | * | |
| NATIONSBANC COMMERCIAL CORP., ET AL. | * | |
| | * | |
| | ***** | |

ORDER

Upon consideration of the Trustee's unopposed motion to consolidate pursuant to Rule 42, and it appearing the motion is meritorious, it is, this 18th day of December 1998

ORDERED

that all of the actions appearing on the attached list be consolidated with Devan v. Europe Craft Imports, Adversary No. 98-5151-ESD, Civil No. JFM-98-3517.

J. Frederick Motz
United States District Judge